JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BARRERA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 2:23-cv-03671-RGK AFM<br><br>[PROPOSED] ORDER ON STIPULATION AND REQUEST TO REMAND CASE TO STATE COURT<br><br>[13] |

The Court, having reviewed the parties' Stipulation and Request to Remand the Case to State Court, finds, adjudges and orders as follows:

1. This action is ordered remanded to the California Superior Court for the County of Los Angeles—Central District.

2. No costs or attorneys' fees shall be assessed against any party in connection with the removal and remand of this action.

**IT IS SO ORDERED.**

Dated: 6/13/2023

*/s/ Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge

cc: LASC, Case No. 23STCV03229

1

[PROPOSED] ORDER